UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

                Plaintiff,

v.

KOP HOSPITALITY, LLC,
a Delaware Limited Liability Company,

                Defendant.
_____/

Case No.  2:20-cv-05531-BMS

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| */s/ Lawrence A. Fuller* | */s/ Joshua Adam Brand* |
| Lawrence A. Fuller, Esq. (LF5450) | Joshua Adam Brand, Esq. |
| Fuller, Fuller & Associates, P.A. | Ogletree Deakins |
| 12000 Biscayne Boulevard, Suite 502 | 1735 Market Street - Suite 3000 |
| North Miami, FL  33181 | Philadelphia, PA 19103 |
| Telephone: (305) 891-5199 | 215-995-2800 |
| lfuller@fullerfuller.com | Fax: 215-995-2801 |
| and | joshua.brand@ogletreedeakins.com |
| David S. Dessen, Esq. (I.D. 17627) | |
| Dessen, Moses & Rossito | |
| 600 Easton Road | |
| Willow Grove, PA  19090 | |
| Telephone:  215.496.2902 | |
| Facsimile:  215.564.2879 | |
| ddessen@dms-lawyer.com | |
| | |
| Dated:  April 27, 2021 | Dated:  April 27, 2021 |

SO ORDERED:

BERLE M. SCHILLER    4/27/21
United States District Judge